# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JASON WINIG,

      Respondent

      v.

EDWARD T. KANG, ESQ., DAVID R. SCOTT, ESQ., AND KANG HAGGERTY & FETBROYT, LLC,

      Petitioners

: No. 525 EAL 2020
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of May, 2021, the Petition for Allowance of Appeal is **DENIED**.